## 27867. WILLADSEN v. WILLADSEN.

JORDAN, Justice. This appeal from the grant of a divorce is without merit.

The trial judge heard the case without a jury. His judgment does not disclose any details of the evidence adduced or what rulings were made in respect thereto. The appeal is unaccompanied by a transcript of the proceedings or an acceptable substitute and none appears to be available. The only errors argued and insisted upon, a ruling on the admissibility of testimony and the refusal to grant a new trial based on newly discovered evidence, necessarily require a consideration of what transpired at the trial.

*Judgment affirmed. All the Justices concur.*

SUBMITTED APRIL 9. 1973—DECIDED MAY 10, 1973.

*John N. Crudup,* for appellant.

*Whelchel, Dunlap & Gignilliat, Weyman H. Forrester,* for appellee.